**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>              Debtor. | Case No. 1:12-CV-14-RMP<br><br>Bankruptcy No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, the Liquidating Trustee for the Liquidating Trust of LLS America LLC,<br><br>              Plaintiff,<br>     v.<br><br>DEAN JOHNSON and RADINE JOHNSON,<br><br>              Defendants. | Adversary No. 11-80134-FPC11<br><br>ORDER OF CONSOLIDATION WITH CASE NO. 12-CV-661-RMP |

**BEFORE THE COURT** is the parties' Stipulated Motion to Consolidate, ECF No. 53, and Motion to Expedite Hearing of the same, ECF No. 54. The Court finds that good cause exists to consolidate this case with Case No. 12-CV-661-

ORDER OF CONSOLIDATION - 2

RMP.  Therefore, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Consolidate, **ECF No. 53**, and Motion to Expedite Hearing, **ECF No. 54** are **GRANTED**.

The above-captioned lawsuit against Defendant is consolidated with the following lawsuit, *Bruce P. Kriegman, Plaintiff, v. Janet McDonald, et al.,* 12-CV-661-RMP for purposes of trial.

The District Court Clerk is directed to enter this Order, provide copies to counsel, any pro se Defendants, and to Judge Frederick P. Corbit, **and close case number 1:12-CV-14-RMP**.

**DATED** this 14th day of January, 2014.

                                       *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge